FILED
IN CLERKS OFFICE

2022 SEP 12 PM 4: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LISA TARR,<br><br>Defendant | Criminal No.<br><br>Violations: 22cr10244<br><br>Counts One Through Four: Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge<br>(21 U.S.C. § 843(a)(3)) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

On or about August 23, 2018, in the District of Massachusetts, the defendant,

### LISA TARR,

did knowingly and intentionally acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital A in Boston, Massachusetts, did divert fentanyl intended for a patient of Hospital A for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

<u>COUNT TWO</u>
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The United States Attorney further charges:

On or about May 24, 2020, in the District of Massachusetts, the defendant,

LISA TARR,

did knowingly and intentionally acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital B in Boston, Massachusetts, did divert fentanyl intended for a patient of Hospital B for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

<u>COUNT THREE</u>
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The United States Attorney further charges:

On or about July 1, 2020, in the District of Massachusetts, the defendant,

LISA TARR,

did knowingly and intentionally acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital B in Boston, Massachusetts, did divert fentanyl intended for a patient of Hospital B for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT FOUR
### Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
### (21 U.S.C. § 843(a)(3))

The United States Attorney further charges:

On or about July 1, 2020, in the District of Massachusetts, the defendant,

LISA TARR,

did knowingly and intentionally acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital B in Boston, Massachusetts, did divert fentanyl intended for a patient of Hospital B for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

RACHAEL S. ROLLINS
United States Attorney

By: _____
KELLY BEGG LAWRENCE
EVAN D. PANICH
Assistant United States Attorneys